1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile  (408) 298-6046
4  Attorneys for Plaintiff
   Ronald Moore
5

6  Spencer C. Skeen  SBN 182216
           Email:  sskeen@laborlawyers.com
7  James C. Fessenden  SBN 238663
           Email: jfessenden@laborlawyers.com
8  FISHER & PHILLIPS LLP
   4747 Executive Drive, Suite 1000
9  San Diego, California 92121
   Telephone:    (858) 597-9600
10 Fax:          (858) 597-9601

11 Attorney for Defendants, Sunrise Square, LLC; Miguel Lopez Cortez, dba Arsenio's Mexican Food, and Avtar Singh, dba Liquor King
12

13              **IN AND FOR UNITED STATES DISTRICT COURT**

14                   **EASTERN DISTRICT OF CALIFORNIA**

15 | RONALD MOORE,                              | Case No.  1:12-CV-00847-AWI-MJS
16 |        Plaintiff ,                         |
17 | v.                                         | **JOINT STIPULATION AND ORDER TO CONTINUE TIME TO FILE RESPONSIVE PLEADING**
18 | SUNRISE SQUARE, LLC; MIGUEL LOPEZ CORTEZ dba ARSENIO'S MEXICAN FOOD; AVTAR SINGH dba LIQUOR KING |
19 |                                            |
20 |        Defendants.                         |
21

22     **WHEREAS**, Plaintiff Ronald Moore ("Plaintiff") and Defendants Sunrise Square, LLC

23 and Miguel Lopez Cortez, dba Arsenio's Mexican Food, and Avtar Singh, dba Liquor King

24 ("Defendants") are engaging in negotiations to resolve this case;

25     **WHEREAS**, to facilitate further negotiations without incurring unnecessary attorneys'

26 fees or costs, the parties wish to extend the time for Defendants' to file a responsive pleading in

27 this case.

28

**IT IS HEREBY STIPULATED** by and between Plaintiff and Defendants, by and through their respective counsel, that the time for Defendants' to file a responsive pleading shall be extended to August 16, 2012. This stipulation does not, and is not intended to, affect or alter any date already fixed by the Court.

Date: July 30, 2012     MOORE LAW FIRM, P.C.

/s/ Tanya E. Moore

Tanya E. Moore,
Attorneys for Plaintiff Ronald Moore

Date: July 30, 2012     FISHER & PHILLIPS LLP

/s/ Spencer C. Skeen

Spencer C. Skeen
James C. Fessenden,
Attorneys for Defendants
Sunrise Square, LLC
Miguel Lopez Cortez, dba Arsenio's Mexican Food
Avtar Singh, dba Liquor King

### ORDER

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the time for Defendants to answer or otherwise respond to Plaintiff's Complaint is extended to August 16, 2011.

IT IS SO ORDERED.

Dated:   July 31, 2012          /s/ *Michael J. Seng*
                                 UNITED STATES MAGISTRATE JUDGE

2     Case No. 1:12-CV-00847-AWI-MJS
JOINT STIPULATION AND ORDER TO CONTINUE TIME TO FILE RESPONSIVE PLEADING
**Error! Unknown document property name.**