UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE | CASE NO.   1:12-cv-00847-AWI-MJS |
| | ORDER RE: DISPOSITIVE DOCUMENTS AFTER NOTICE OF SETTLEMENT |
| Plaintiff, | |
| | DISPOSITIVE DOCUMENTS SHALL BY FILED BY SEPTEMBER 28, 2012 . |
| v. | |
| | (ECF No. 15) |
| SUNRISE SQUARES, LLC et al., | |
| Defendants. | |
| _____/ | |

    On August 23, 2012, Plaintiff, Ronald Moor, notified the Court that the above - captioned matter settled in its entirety on August 23(ECF No.15).  In accordance with the provisions of Local Rule 160 (Fed R. Civ. P. 16), the Court now orders that all dispositive documents be submitted no later September 28, 2012.

    Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel or parties who contributed to the violation of this order (see

attached Notice of Local Rule 160 and Local Rule 272.)

ALL COURT DATES HERETOFORE SET IN THIS MATTER ARE HEREBY VACATED.

IT IS SO ORDERED.

Dated:   August 27, 2012          /s/ *Michael J. Seng*
                                                        UNITED STATES MAGISTRATE JUDGE