# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

RONALD MOORE

                  Plaintiff,

   v.

SUNRISE SQUARES, LLC et al.,

                  Defendants.

_____/

CASE NO.     1:12-cv-00847-AWI-MJS

ORDER RE: DISPOSITIVE DOCUMENTS
AFTER NOTICE OF SETTLEMENT

DISPOSITIVE DOCUMENTS SHALL BY
FILED BY SEPTEMBER 28, 2012 .

(ECF No. 15)

On August 23, 2012, Plaintiff, Ronald Moor, notified the Court that the above -
captioned matter settled in its entirety on August 23(ECF No.15).  In accordance with
the provisions of Local Rule 160 (Fed R. Civ. P. 16), the Court now orders that all
dispositive documents be submitted no later September 28, 2012.

Failure to comply with this order may be grounds for the imposition of sanctions
on any and all counsel or parties who contributed to the violation of this order (see

attached Notice of Local Rule 160 and Local Rule 272.)

ALL COURT DATES HERETOFORE SET IN THIS MATTER ARE HEREBY VACATED.

IT IS SO ORDERED.

Dated:   August 27, 2012          /s/ *Michael J. Seng*

UNITED STATES MAGISTRATE JUDGE