K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SUNRISE SQUARE, LLC, et al.,<br><br>　　　　Defendants. | No.  1:12-CV-00847-AWI-MJS<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendants Sunrise Square, LLC, Miguel Lopez Cortez dba Arsenio's Mexican Food, and Avtar Singh dba Liquor King, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

Date: October 1, 2012　　　　　　　　　　　　　　　MOORE LAW FIRM, P.C.


　　　　　　　　　　　　　　　　　　　　　　　　　　/s/Tanya E. Moore
　　　　　　　　　　　　　　　　　　　　　　　　　　Tanya E. Moore
　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff Ronald Moore

///

*Moore v. Sunrise Square, LLC, et al.*
Stipulation for Dismissal of Action; Order

Date: October 1, 2012 FISHER & PHILLIPS, LLP

/s/ Spencer C. Skeen
Spencer C. Skeen
Attorneys for Defendants Sunrise Square, LLC, Miguel Lopez Cortez dba Arsenio's Mexican Food, and Avtar Singh dba Liquor King

### **ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:  October 1, 2012 _____
CHIEF UNITED STATES DISTRICT JUDGE

*Moore v. Sunrise Square, LLC, et al.*
Stipulation for Dismissal of Action; Order
Page 2